UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID J. SCOTT,

   Plaintiff,

v.

GEORGE BABIK
and GEORGE BENNETT,

   Defendants.

_____/

Case No. 2:04-CV-29

Hon. Richard Alan Enslen

**JUDGMENT**

  In accordance with an Opinion filed this date;

  **IT IS HEREBY ORDERED** that Plaintiff David J. Scott's Objections (Dkt. No. 71) are **DENIED**, the Report and Recommendation (Dkt. No. 67) is **ADOPTED**, and Plaintiff's Complaint (Dkt. No. 4) is **DISMISSED WITHOUT PREJUDICE.**

  **IT IS FURTHER ORDERED** that the Court certifies that an appeal of the Judgment would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610 (6th Cir. 1997).

Dated in Kalamazoo, MI:
February 17, 2006

   /s/Richard Alan Enslen
   Richard Alan Enslen
   Senior United States District Judge